People v Jefferson (2025 NY Slip Op 07405)

People v Jefferson

2025 NY Slip Op 07405

Decided on December 31, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
WILLIAM G. FORD
LAURENCE L. LOVE
DONNA-MARIE E. GOLIA, JJ.

2024-08104

[*1]The People of the State of New York, respondent,
vAbdul Jefferson, appellant. (S.C.I. No. 73045/23)

Samuel Coe, White Plains, NY, for appellant.
Susan Cacace, District Attorney, White Plains, NY (Amie M. Johnson and Steven A. Bender of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Westchester County (James A. McCarty, Jr., J.), rendered January 29, 2024, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's valid waiver of the right to appeal precludes appellate review of his contention that he should be relieved of the mandatory surcharge and fees (see People v Martinez, 210 AD3d 1008, 1009; People v Wilson, 168 AD3d 889, 890).
DUFFY, J.P., FORD, LOVE and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court